Harvey T. Oringher, Esq. (State Bar No. 90775)
Jerome H Friedberg, Esq. (State Bar No. 125663)
Courtney C. Hill, Esq. (State Bar No. 210143)
STEPHAN, ORINGHER, RICHMAN & THEODORA, P.C.
2029 Century Park East, Sixth Floor
Los Angeles, California  90067-2907
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Attorneys for Defendant
TRANSAMERICA HOME LOAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CRAIG ALAN CLARK AND CHRISTINA CLARK, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANSPACK CORPORATION; BUCKLEY & ASSOCIATES, INC.; TRANSAMERICA HOME LOAN; WILSHIRE CREDIT CORPORATION; OCWEN FEDERAL BANK, and DOES 1-50, inclusive, <br><br> Defendants. | Case No. CV S 04-0332 DFL PAN PS <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR TRANSAMERICA TO RESPOND TO PLAINTIFF CHRISTINA CLARK'S FIRST SET OF DISCOVERY REQUESTS** |

Plaintiff Christina Clark and Defendant Transamerica Home Loan ("Transamerica"), by and through their respective counsel of record, hereby submit this Stipulation And [Proposed] Order To Extend Time For Transamerica To Respond To Plaintiff Christina Clark's First Set of Discovery Requests:

## RECITALS

WHEREAS Plaintiff Christina Clark served her First Set of Interrogatories, First Request for Production of Documents and First Set of Requests for Admission on Defendant Transamerica on April 7, 2005, and Transamerica's responses are due

on or before May 10, 2005;

WHEREAS Plaintiff Christina Clark has agreed to grant Transamerica 10 additional days within which to respond to the above discovery requests, which will now be due on May 20, 2005;

WHEREAS Transamerica has agreed Plaintiffs may seek additional responses to these discovery requests, should the need arise, up to 10 days past the discovery cut-off date of June 15, 2005, Transamerica will not object based thereon;

WHEREFORE Plaintiff Christina Clark and Defendant Transamerica, by and through their respective counsel of record, hereby stipulate as follows:

## **STIPULATION**

Transamerica shall have an additional 10 days within which to respond to Christina Clark's First Set of Interrogatories, First Request for Production of Documents and First Set of Requests for Admission.  Transamerica's responses are now due on or before May 20, 2005.  Plaintiffs may seek additional responses to these discovery requests, should the need arise, up to 10 days past the discovery cut-off date of June 15, 2005.

IT IS SO STIPULATED:

DATED: May ___, 2005          STEPHAN, ORINGHER, RICHMAN & THEODORA, P.C.


By: _____
    Harvey T. Oringher
    Jerome H Friedberg
    Courtney C. Hill
    Attorneys for Defendant
    TRANSAMERICA HOME LOAN

DATED: May ___, 2005

By: _____
Shelley S. Buchanan
Attorneys for Plaintiffs
CRAIG ALAN CLARK and CHRISTINA CLARK

IT IS ORDERED that Transamerica shall have an additional 10 days within which to respond to Christina Clark's First Set of Interrogatories, First Request for Production of Documents and First Set of Requests for Admission.  Transamerica's responses are now due on or before May 20, 2005.  Plaintiffs may seek additional responses to these discovery requests, should the need arise, up to 10 days past the discovery cut-off date of June 15, 2005.

DATED: May 11, 2005

/s/ David F. Levi
U.S. DISTRICT COURT JUDGE