SHELLEY S. BUCHANAN
Attorney At Law
912 Cole Street, PMB #120
San Francisco, CA  94117
State Bar Number 178779
(415) 566-3526

Attorney for Plaintiffs,
CRAIG ALAN CLARK and CHRISTINA CLARK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CRAIG ALAN CLARK AND CHRISTINA CLARK,<br><br>   Plaintiffs,<br><br>   v.<br><br>TRANSPACK CORPORATION; BUCKLEY & ASSOCIATES, INC.; TRANSAMERICA HOME LOAN; WILSHIRE CREDIT CORPORATION; OCWEN FEDERAL BANK, and DOES 1 to 50, inclusive,<br><br>   Defendants. | Case No. CV S 04-0332 DFL PAN PS<br><br>STIPULATION TO DISMISS DEFENDANT WILSHIRE CREDIT CORPORATION WITH PREJUDICE |

   Plaintiffs Craig Alan Clark and Christina Clark and Defendant Wilshire Credit Corporation, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure, Rule 41(a), stipulate to the following:

   1.  That Plaintiffs Craig Alan Clark and Christina Clark agree to dismiss Defendant Wilshire Credit Corporation **only** from the above-captioned matter with prejudice.

   2.  That Defendant Wilshire Credit Corporation waives any and all claims it may have against Plaintiffs Craig Alan Clark and Christina Clark arising from *Clark v. Transpack, et al.*, Case Number CV S 04-0332 DFL PAN, previously Sacramento Superior Court Case Number 03AS03395, including but not limited to claims for malicious prosecution or abuse of process.

1.

Each party, Plaintiffs and Defendant Wilshire Credit Corporation, to bear their own attorney's fees and costs.

3. Nothing herein affects the rights of Defendants Transamerica Home Loan, Transpack Corporation, or Buckley & Associates, Inc.

APPROVED AS TO FORM AND CONTENT:

S/ Timothy M. Ryan

Dated: May ___, 2005

_____
TIMOTHY M. RYAN
Attorney for Defendant
WILSHIRE CREDIT CORPORATION

S/ Jerome H. Friedberg

Dated: May ___, 2005

_____
JEROME H. FRIEDBERG
Attorney for Defendant
TRANSAMERICA HOME LOAN

S/ John W. Klein

Dated: May ___, 2005

_____
JOHN W. KLEIN
Attorney for Defendants
TRANSPACK CORPORATION and
BUCKLEY & ASSOCIATES, INC.

S/ Shelley S. Buchanan

Dated: May 9, 2005

_____
SHELLEY S. BUCHANAN,
Attorney for Plaintiffs
CRAIG ALAN CLARK and
CHRISTINA CLARK

## **ORDER**

IT IS ORDERED that Defendant Wilshire Credit Corporation is dismissed from *Clark v. Transpack, et al.*, Case Number CV S 04-0332 DFL PAN, with prejudice.

Dated: 5/12/2005

       /s/ David F. Levi
U.S. DISTRICT COURT JUDGE

Stipulation to Dismiss Wilshire Credit Corporation With Prejudice