SHELLEY S. BUCHANAN
Attorney At Law
912 Cole Street, PMB #120
San Francisco, CA  94117
State Bar Number 178779
(415) 566-3526

Attorney for Plaintiffs,
CRAIG ALAN CLARK and CHRISTINA CLARK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CRAIG ALAN CLARK AND CHRISTINA CLARK,<br><br>            Plaintiffs,<br><br>     v.<br><br>TRANSPACK CORPORATION; BUCKLEY & ASSOCIATES, INC.; TRANSAMERICA HOME LOAN; OCWEN FEDERAL BANK, and DOES 1 to 50, inclusive,<br><br>            Defendants. | ) Case No. CV S 04-0332 DFL PAN PS<br>)<br>) STIPULATION TO EXTEND<br>) DISCOVERY CUT-OFF DATE<br>) FOR OUTSTANDING DISCOVERY<br>) PROPOUNDED TO DEFENDANTS<br>) TRANSPACK CORPORATION AND<br>) BUCKLEY & ASSOCIATES, INC.<br>)<br>)<br>)<br>)<br>) |

    Plaintiffs Craig Alan Clark and Christina Clark and Defendants Transpack Corporation and Buckley & Associates, Inc., by and through their respective counsel of record, stipulate to the following:

RECITALS

    WHEREAS, the discovery cut-off date has been set by case management order for June 15, 2005;

    WHEREAS, Plaintiffs have prounded written discovery to Defendants Transpack Corporation and Buckley & Associates;

    WHEREAS, Plaintiffs, through their counsel, have been communicating with counsel for

1.

Defendants Transpack Corporation and Buckley & Associates to obtain amended responses and further production of documents;

WHEREAS, Defendants Transpack Corporation and Buckley & Associates have agreed to provide amended responses;

WHEREAS, Plaintiffs have filed a motion to compel for June 15, 2005, before the Honorable Magistrate Judge Nowinski, Courtroom 25, which will be taken off-calendar as amended responses are being provided;

IT IS STIPULATED:

1. That Plaintiffs Craig Alan Clark and Christina Clark and Defendants Transpack Corporation and Buckley & Associates agree to extend the discovery cut-off date from June 15, 2005 to July 8, 2005, for purposes of the written discovery already propounded by Plaintiffs to Defendants Transpack Corporation and Buckley & Associates, Inc. only.

2. This extension of the discovery cut-off date has no effect on the prior extension, by stipulation and order, of the discovery cut-off date for written discovery propounded by Plaintiffs to Defendant Transamerica Home Lona.

APPROVED AS TO FORM AND CONTENT:

Dated: June 6, 2005

s / Shelley S. Buchanan
_____
SHELLEY S. BUCHANAN,
Attorney for Plaintiffs
CRAIG ALAN CLARK and
CHRISTINA CLARK

Dated: June ___, 2005

s / Darlene C. Vigil
_____
DARLENE VIGIL
Attorney for Defendants
TRANSPACK CORPORATION and
BUCKLEY & ASSOCIATES, INC.

Stipulation to Extend Discovery Cut-Off Date for Outstanding Discovery Propounded to Defendants Transpack Corporation and Buckley & Associates, Inc.

## ORDER

IT IS ORDERED that the discovery cut-off date for outstanding written discovery propounded by Plaintiffs Craig Alan Clark and Christina Clark be continued from June 15, 2005 to July 8, 2005. All other outstanding orders regarding discovery cut-off dates remain in effect.

Dated: 6/9/2005

_____
DAVID F. LEVI
United States District Judge

3.