Harvey T. Oringher, Esq. (State Bar No. 90775)
Jerome H Friedberg, Esq. (State Bar No. 125663)
Courtney C. Hill, Esq. (State Bar No. 210143)
STEPHAN, ORINGHER, RICHMAN & THEODORA, P.C.
2029 Century Park East, Sixth Floor
Los Angeles, California  90067-2907
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Attorneys for Defendant
TRANSAMERICA HOME LOAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CRAIG ALAN CLARK AND CHRISTINA CLARK,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSPACK CORPORATION; BUCKLEY & ASSOCIATES, INC.; TRANSAMERICA HOME LOAN; WILSHIRE CREDIT CORPORATION; OCWEN FEDERAL BANK, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV S 04-0332 DFL PAN PS<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON HEARING ON TRANSAMERICA'S MOTION FOR A DETERMINATION OF GOOD FAITH SETTLEMENT** |

Plaintiffs Craig Alan Clark and Christina Clark and Defendants Transamerica Home Loan, Transpack Corporation, and Buckley & Associates, Inc., by and through their respective counsel of record, hereby submit this Stipulation and [Proposed] Order Shortening Time on Hearing on Transamerica's Motion for a Determination of Good Faith Settlement:

## RECITALS

WHEREAS Transamerica Home Loan ("Transamerica") and Plaintiffs have reached a settlement of all claims asserted against Transamerica in this matter;

1   WHEREAS the settlement between Transamerica and Plaintiffs is
2   conditioned on this Court finding that the settlement is in good faith;

3   WHEREAS there is currently a mediation scheduled in this matter on July 25,
4   2005;

5   WHEREAS the parties would like to have Transamerica's good faith motion
6   decided before the mediation;

7   WHEREAS the first available date on Judge Levi's calendar to hear
8   Transamerica's motion, on regular notice, is July 27, 2005;

9   WHEREFORE Plaintiffs Craig Alan Clark and Christina Clark and
10  Defendants Transamerica Home Loan, Transpack Corporation, and Buckley &
11  Associates, Inc., by and through their respective counsel of record, hereby stipulate
12  as follows:

### STIPULATION

14  1.   Transamerica's Motion for a Determination of Good Faith Settlement
15  may be heard on shortened time on July 13, 2005.  Any oppositions to the motion
16  shall be filed on or before June 29, 2005, and any reply shall be filed on or before
17  July 6, 2005.

18  2.   Unless Transamerica's motion is denied prior to the July 25, 2005,
19  mediation, Transamerica is hereby excused from attending the mediation even if a
20  final dismissal has not yet been entered.

21  IT IS SO STIPULATED:
    DATED: June ___, 2005        STEPHAN, ORINGHER, RICHMAN & THEODORA, P.C.

                                  By: _____
                                      Harvey T. Oringher
                                      Jerome H Friedberg
                                      Courtney C. Hill
                                      Attorneys for Defendant
                                      TRANSAMERICA HOME LOAN

DATED: June ___, 2005

By: _____
Shelley S. Buchanan
Attorneys for Plaintiffs
CRAIG ALAN CLARK and CHRISTINA CLARK

DATED: June ___, 2005     THE BUCKLEY FIRM

By: _____
Darlene C. Vigil
Attorneys for Defendants
TRANSPACK CORPORATION and BUCKLEY & ASSOCIATES, INC.,

## **ORDER**

1. The hearing on Transamerica's Motion for a Determination of Good Faith Settlement shall be heard on shortened time on July 13, 2005, at 10:00 a.m. Any oppositions to the motion shall be filed on or before June 29, 2005, and any reply shall be filed on or before July 6, 2005.

2. Unless Transamerica's motion is denied prior to the July 25, 2005, mediation, Transamerica is hereby excused from attending the mediation even if a final dismissal has not yet been entered.

DATED: 6/23/2005         /S/ DAVID F. LEVI
                         UNITED STATES DISTRICT COURT JUDGE