IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ALAN CLARK and CHRISTINA CLARK,<br><br>            Plaintiffs,<br><br>    v.<br><br>TRANSPACK CORPORATION; BUCKLEY & ASSOCIATES, INC.; TRANSAMERICA HOME LOAN; WILSHIRE CREDIT CORPORATION; OCWEN FEDERAL BANK; and DOES 1-50, inclusive,<br><br>            Defendants. | CIV-S-04-0332 DFL-PAN<br><br>ORDER |

The present case involves a suit brought by plaintiffs Craig Alan Clark and Christina Clark regarding the foreclosure on their home. Before the court is a motion for a determination of good faith settlement under California Code of Civil Procedure § 877.6 brought by defendant Transamerica Home Loan ("Transamerica"). The court has received no opposition to this motion from any of the other parties. Upon a review of the record, the court finds the settlement to be in good faith. Accordingly, Transamerica's

1

1  motion for a determination of good faith settlement is GRANTED.
2  Additionally, the clerk shall seal Exhibit C to the declaration
3  of Jerome H. Friedberg submitted in support of Transamerica's
4  motion for a determination of good faith settlement.

        IT IS SO ORDERED.

Dated: 7/22/2005

*/s/ David F. Levi*

DAVID F. LEVI
United States District Judge