1  Harvey T. Oringher, Esq. (State Bar No. 90775)
   Jerome H Friedberg, Esq. (State Bar No. 125663)
2  Courtney C. Hill, Esq. (State Bar No. 210143)
   STEPHAN, ORINGHER, RICHMAN & THEODORA, P.C.
3  2029 Century Park East, Sixth Floor
   Los Angeles, California 90067-2907
4  Telephone: (310) 557-2009
   Facsimile: (310) 551-0283

5  Attorneys for Defendant
   TRANSAMERICA HOME LOAN
6

7
                    **UNITED STATES DISTRICT COURT**
8
        **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**
9

10

11  CRAIG ALAN CLARK AND              Case No. CV S 04-0332 DFL PAN PS
    CHRISTINA CLARK,
12                                    **STIPULATION AND [PROPOSED]
              Plaintiffs,             ORDER DISMISSING
13                                    TRANSAMERICA, WITH
         vs.                          PREJUDICE**
14
    TRANSPACK CORPORATION;
15  BUCKLEY & ASSOCIATES, INC.;
    TRANSAMERICA HOME LOAN;
16  WILSHIRE CREDIT
    CORPORATION; OCWEN FEDERAL
17  BANK, and DOES 1-50, inclusive,

18            Defendants.

19

20

21

22

23       Pursuant to Fed. R. Civ. P. Rule 41(a)(1), Plaintiffs Christina Clark and Craig

24  Alan Clark, Defendant Transamerica Home Loan ("Transamerica"), Defendant

25  Transpack Corporation and Defendant Buckley & Associates, Inc., by and through

26  their counsel of record, hereby stipulate to the dismissal of Defendant Transamerica

27  from

28

this matter, with prejudice.  Plaintiffs and Transamerica agree to bear all of their own costs and attorneys' fees incurred herein.

DATED: July ___, 2005      STEPHAN, ORINGHER, RICHMAN & THEODORA, P.C.

By: _____
    Harvey T. Oringher
    Jerome H. Friedberg
    Courtney C. Hill
    Attorneys for Defendant
    TRANSAMERICA HOME LOAN

DATED: July ___, 2005      LAW OFFICE OF SHELLEY S. BUCHANAN

By: _____
    Shelley S. Buchanan
    Attorneys for Plaintiffs
    CHRISTINA AND CRAIG CLARK

DATED: July ___, 2005      BUCKLEY & ASSOCIATES, INC.

By: _____
    Darlene S. Vigil
    Attorneys for Defendants
    TRANSPACK CORPORATION and BUCKLEY
    & ASSOCIATES, INC.

   IT IS SO ORDERED:

DATED: Aug. 3, 2005        /s/ David F. Levi
                           U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28